IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| ROY JOE KAISER<br>#58675<br><br>   Plaintiff,<br>v.<br><br>DOE, Head Mail Clerk,<br>McPherson Unit, ADC, *et al.*<br><br>   Defendants. | No. 3:23-cv-00192-JJV |

**MEMORANDUM AND ORDER**

Roy Joe Kaiser ("Plaintiff") filed this *pro se* action while he was in the Benton County Detention Center ("BCDC"). (Doc. 1). Early in this case, the Court advised Plaintiff of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, cautioned him this case would be dismissed if he failed to properly do so, granted him permission to proceed *in forma pauperis*, and required Plaintiff's custodian to pay the filing fee in monthly withdrawals from his inmate account. (Docs. 3, 9.) There is no indication in the record that Plaintiff did not receive those Orders. And in January 2024, the parties consented to proceed before me. (Doc. 21.)

In March 2024, mail sent by the Court to Plaintiff at the BCDC, which is his last known address, was returned undelivered because Plaintiff is no longer there. (Doc. 25.) Accordingly, on March 20, 2024, I entered an Order giving Plaintiff thirty days to provide a valid service address and update his *in forma pauperis* information. (Doc. 26.) And I cautioned Plaintiff this case would be dismissed if he did not timely comply with my instructions.

As of today, Plaintiff has not complied with my March 20, 2024 Order, and the time to do

1

so has expired. Because the Clerk does not have a valid address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions. (Docs. 27, 28.)

IT IS, THEREFORE, ORDERED THAT:

1. The Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of exhaustion, and this case is CLOSED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 23rd day of April 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE